```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RICKY FRANKS, | : | CIVIL ACTION |
| | : | NO. 12-1213 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| PHILADELPHIA POLICE DEPT., et al., | : | |
| | : | |
|     Defendants. | : | |

## J U D G M E N T

**AND NOW**, this **9th** day of **August, 2013**, pursuant to the accompanying Memorandum Opinion, it is hereby **ORDERED** that **JUDGMENT** is entered **IN FAVOR OF PLAINTIFF** and **AGAINST DEFENDANT SCHLOSSER** for compensatory damages in the amount of $7,500. It is **further ORDERED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANT KOMOROWSKI** and **AGAINST PLAINTIFF**.

**AND IT IS SO ORDERED.**

                                            /s/ Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO, J.**